UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT PARKER, <br><br> Defendant. | No. 2:05-cr-00332-MCE <br><br><br> MEMORANDUM AND ORDER |

The court is in receipt of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 40). Defendant's Motion is hereby DENIED.

IT IS SO ORDERED.

Dated: August 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1